COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-02-00114-CV |
| Style: | Howard Stern, as Executor of the Estate of Vickie Lynn Marshall |
| | **v** Elaine Marshall, et al. |
| Date motion filed[*]: | July 28, 2014 |
| Type of motion: | Motion to withdraw as counsel |
| Parties filing motion: | Jim Hartnett, Jr., Will Hartnett, and The Hartnett Law Firm; Jack W. Lawter, Dianne W. Lawter, and Lawter & Lawter |
| Document to be filed: | |

Is appeal accelerated?     No

Ordered that motion is:

☑        Granted

         If document is to be filed, document due:

☐        Denied

☐        Dismissed (*e.g.*, want of jurisdiction, moot)

☐        Other: _____

**The motion to withdraw filed by Jim Hartnett, Jr., Will Hartnett, the Hartnett Law Firm, Jack W. Lawter, Dianne W. Lawter, and the firm of Lawter & Lawter is granted.** *See* **TEX. R. APP. P. 6.5.**

_____

Judge's signature: /s/ Sherry Radack
                    ☑ Acting individually     ☐ Acting for the Court

Panel consists of **_____**

Date:  August 7, 2014